SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
JAN 1 7 2013
BY_____ DEPUTY

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

PHILLIP BIVENS; the Estate of LARRY RUFFIN; the Estate of BOBBY RAY DIXON; LATURAS SMITH; and CARRIE STRONG

**(b)** County of Residence of First Listed Plaintiff   Orleans Parish
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Precious T. Martin, Sr., & Associates, PLLC
821 North Congress St., Jackson, MS  39202 (601) 944-1447

## DEFENDANTS

FORREST COUNTY, CITY OF HATTIESBURG, Hattiesburg Police Officer TAYMOND HOWELL; Forrest County Sheriff's Deputies JOE HOPSTEIN, HERBERT HART, TERRY MARTIN, et al.

County of Residence of First Listed Defendant   Forest County
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1  U.S. Government  Plaintiff | ☒ 3  Federal Question  *(U.S. Government Not a Party)* | |
| ☐ 2  U.S. Government  Defendant | ☐ 4  Diversity  *(Indicate Citizenship of Parties in Item III)* | |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place  of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place  of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a  Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure  of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury -  Product Liability | ☐ 690 Other | ☐ 423 Withdrawal  28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product  Liability | ☐ 367 Health Care/ | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel &  Slander | Pharmaceutical  Personal Injury  Product Liability | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment  & Enforcement of Judgment | | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'  Liability | ☐ 368 Asbestos Personal  Injury Product  Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted  Student Loans  (Excludes Veterans) | ☐ 340 Marine | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and  Corrupt Organizations |
| | ☐ 345 Marine Product  Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment  of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards  Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle  Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management  Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/  Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal  Injury | ☐ 380 Other Personal  Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury -  Medical Malpractice | ☐ 385 Property Damage  Product Liability | ☐ 751 Family and Medical  Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | | | ☐ 895 Freedom of Information  Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement  Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff  or Defendant) | ☐ 899 Administrative Procedure  Act/Review or Appeal of  Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party  26 USC 7609 | ☐ 950 Constitutionality of  State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate  Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/  Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities -  Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities -  Other | **Other:**  ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights  ☐ 555 Prison Condition  ☐ 560 Civil Detainee -  Conditions of  Confinement | ☐ 465 Other Immigration  Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original
 Proceeding
☐ 2 Removed from
 State Court
☐ 3 Remanded from
 Appellate Court
☐ 4 Reinstated or
 Reopened
☐ 5 Transferred from
 Another District
 *(specify)*
☐ 6 Multidistrict
 Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. Sec. 1983
Brief description of cause:
Violation of Due Process

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
 UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____  DOCKET NUMBER _____

DATE
01/15/2013

SIGNATURE OF ATTORNEY OF RECORD
*Precious Martin, Sr.*

**FOR OFFICE USE ONLY**

RECEIPT #             AMOUNT  $350.00          APPLYING IFP          JUDGE          MAG. JUDGE

2464300232L