IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

Estate of Phillip Bivens; the Estate of Larry Ruffin; the
Estate of Bobby Ray Dixon, Laturas Smith and
Carrie Strong

Civil Action No. 2:13CV8KS-MTP

v.

Forrest County; City of Hattiesburg; Hattiesburg Police Officer Raymond Howell;
Forrest County Sheriff, Gene Walters; Forrest County Sheriff's Deputies
Joe Hopstein, Herbert Hart, Terry Martin, Henry "Red" Brown, Forrest County Regional Jail
Complex Guards Wayne R. Taylor and Jim Erwin, the Estate of Arlon Moulds, the Estate of
Larry James, and the Estate of R.E. "Eddie" Clark, John and Jane Does Officer and Supervisors

**DEFENDANTS' CONSOLIDATED RESPONSE TO THE *SCHULTEA* REPLY**

COMES NOW, the Defendants, Forrest County (Forrest County Sheriff's Department) (by and through its counsel, David Miller, S. Robert Hammond, William R. Allen who previously represented Gene Walters but is no longer a party due to his death, filed Suggestion of Death, and no substitution of a proper party.[1]), City of Hattiesburg and Raymond Howell (by and through their counsel, Charles Lawrence), Joe Hopstein, Herbert Hart and Terry Martin, (by and through their counsel, Scott J. Schwartz), Estate of Larry James and Jim Erwin, (by and through their attorney, Lin Carter who previously represented Wayne Taylor but is no longer a party due to his death, filed Suggestion of Death and no substitution of a proper party.[2]), Henry Brown, the Estate of R.E. Clark, and the Estate of Arlon Moulds[3], (by and through their counsel, Derek Arrington) (collectively "The Defendants") and files this their Consolidated Response to the

---

[1] No response is necessary but should one be required, counsel will so comply.
[2] No response is necessary but should one be required, counsel will so comply.

*Schultea* Reply and would show this Honorable Court the following to wit:

### AFFIRMATIVE DEFENSE ONE

The Defendants hereby incorporate all denials and affirmative defenses previously plead to the Plaintiffs' Complaint, First Amended Complaint and Second Amended Complaint.

### AFFIRMATIVE DEFENSE TWO

The Defendants hereby adopt and reallege all affirmative defenses asserted by any other Defendant in this matter.

### AFFIRMATIVE DEFENSE THREE

The Defendants deny all allegations contained in the *Schultea* Reply not specifically admitted hereafter.

### AFFIRMATIVE DEFENSE FOUR

The Defendants reserve the right to assert further and other affirmative defenses as discovery has not been concluded.

### AFFIRMATIVE DEFENSE FIVE

The Defendants allege that the Plaintiffs have failed to plead their respective claims with enough precision and specificity to raise a genuine issue of the fact as to each of the Plaintiffs claims against each individual Defendant. Defendants further assert that Plaintiffs' *Schultea* Reply fails to meet the burden imposed by law and by the Court's Order entered on August 28, 2014.

### AFFIRMATIVE DEFENSE SIX

The individual Defendants reaffirm and reassert their respective Motions to Dismiss

---

[3] It is alleged that Arlon Moulds was an employee of Forrest County, which he was not.

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and their respective Motions to Dismiss on Qualified Immunity.

**AFFIRMATIVE DEFENSE SEVEN**

The Defendants assert the affirmative defense of offset for payments made by the State of Mississippi or any other person, company or entity to the Plaintiffs (or their heirs and/or estates) for any damages they claim to have suffered as a result of their incarceration and alleged wrongful conviction.

AND NOW having set forth their affirmative defenses and to the extent that an answer is required the Defendants asserts:

1.

The Defendants hereby deny as worded all of the additional factual allegations contained in paragraphs 1 through 113 of the *Schultea* Reply.

2.

The Defendants deny as worded all the allegations contained in unnumbered paragraph under the heading "The Individual Defendants' Unconstitutional Acts" including all paragraphs and subparagraphs of (I.) through (VIII.). The Defendants specifically deny all allegations against Deputy R.E. "Eddie" Clark, Deputy Henry "Red" Brown, Chief Deputy Joe Hopstein, Detective Ernest Arlon Moulds, Deputy Terry Martin, Deputy Larry James, Deputy Herbert Hart, Wayne R. Taylor and Jim Erwin.

3.

The Defendants further specifically deny all allegations under the heading "Particular

Allegations of Fact Supporting Plaintiffs' Conspiracy Claims" including all subparagraphs thereof which encompass (I.) through (xiii.).

AND NOW having set forth their affirmative defenses and their Response to the *Schultea* Reply the Defendants respectfully request that this Court rule on the individual Defendants' pending Motions to Dismiss the Plaintiffs' Complaint for their Failure to Comply with Rule 12(b)(6) of the Federal Rules of Civil Procedure and Motions to Dismiss Based on Qualified Immunity and grant the same.

This the 3rd day of November, 2014.

        RESPECTFULLY SUBMITTED,

        FORREST COUNTY

        *S/DAVID MILLER*
        DAVID MILLER

        *S/ROBERT HAMMOND, JR.*
        S. ROBERT HAMMOND, JR.

        *S/WILLIAM R. ALLEN*
        ALLEN, ALLEN, BREELAND & ALLEN, PLLC

        CITY OF HATTIESBURG AND RAYMOND HOWELL

        *S/CHARLES LAWRENCE*
        CHARLES E. LAWRENCE, JR.

                                                            HERBERT HART, JOE HOPSTEIN
                                                            AND TERRY MARTIN

                                                            *S/ SCOTT J. SCHWARTZ*
                                                            SCOTT J. SCHWARTZ, P.A.


                                                            JIM ERWIN, ESTATE OF LARRY JAMES

                                                            *S/LIN CARTER*
                                                            CARTER LAW OFFICE, PLLC


                                                            HENRY BROWN, ESTATE OF R.E.
                                                            CLARK, THE ESTATE OF EARNEST
                                                            MOULDS

                                                            *S/DEREK R. ARRINGTON*
                                                            JACKSON & ARRINGTON, PLLC

DAVID MILLER
OFFICE OF BOARD OF SUPERVISORS
POST OFFICE BOX 1310
HATTIESBURG, MISSISSIPPI 39403-1310
(601) 545-6006
MS BAR NO. 99638
dmiller@co.forrest.ms.us.com

S. ROBERT HAMMOND, JR.
ATTORNEY AT LAW
POST OFFICE BOX 471
HATTIESBURG, MISSISSIPPI 39403-0471
(601) 450-4499
MS BAR NO. 3004
bh@bobhammondlaw.com

WILLIAM R. ALLEN
ALLEN, ALLEN, BREELAND & ALLEN, PLLC
214 JUSTICE STREET
BROOKHAVEN, MS 39601
(601) 833-4361
MS BAR NO. 100541
Will.Allen@aabalegal.com

CHARLES E. LAWRENCE, JR.
ATTORNEY AT LAW
POST OFFICE BOX 1624
HATTIESBURG, MISSISSIPPI 39403-1624
(601) 582-4140
MS BAR NO. 1105
celawjr@hotmail.com

SCOTT J. SCHWARTZ
SCOTT J. SCHWARTZ, P.A.
POST OFFICE BOX 191
HATTIESBURG, MISSISSIPPI 39403-0191
(601) 450-1160
MS BAR NO. 10488
sjsatty@aol.com

LIN CARTER
CARTER LAW OFFICE, PLLC
404 HEMPHILL STREET
HATTIESBURG, MISSISSIPPI, 39401-3809
(601) 545-3809
MS. BAR NO. 101414
lincarterjr@gmail.com

DEREK R. ARRINGTON
JACKSON & ARRINGTON, PLLC
P.O. BOX 15517
HATTIESBURG, MS 39404-5517
(601) 264-3309
MS. BAR NO. 99518
Derek@jacksonfirm.com

## CERTIFICATE OF SERVICE

I, Scott J. Schwartz, do hereby certify that I have this day caused to be served on all counsel of record the foregoing through the ECF Filing System:

THIS the 3rd day of November, 2014.

                                                S/Scott J. Schwartz
                                               Scott J. Schwartz, P.A.